In the Matter of WILLIAM J. BEVERLY et al., Respondents, against CITY OF NEW YORK et al., Appellants.

Argued December 2, 1940; decided December 31, 1940.

774

*William C. Chanler,* Corporation Counsel (*M. Camper O' Neal* and *Arthur H. Kahn* of counsel), for appellants.

*Albert De Roode* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.